[No. 17789-1-III.    Division Three.    December 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE ANTHONY SARMIENTO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-00855-6, Rebecca M. Baker, J., entered July 28, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.


[No. 17945-1-III.    Division Three.    December 28, 1999.]

*In the Matter of the Marriage of* PATRICK GLENN DAINARD, *Respondent*, and SUSAN LEE DAINARD, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 96-3-00251-3, Kenneth L. Jorgensen, J., entered September 29, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.


[No. 18039-5-III.    Division Three.    December 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-8-00878-1, Royce Moe, J. Pro Tem., entered November 9, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Kato, J.


[No. 18047-6-III.    Division Three.    December 28, 1999.]

LONNIE L. ANDERSON, *Appellant*, v. GERALD L. TAYLOR, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 98-2-00314-4, Rebecca M. Baker, J., entered October 23, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.